IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN L. MERRITTE,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHANIE INGRAM, S A GODINEZ, BRAD ROBERT, REBECCA BAGGETT, MEDICAL ADMINISTRATOR JANE DOE, WEXFORD HEALTH SOURCES, INC., HEALTH PROFESSIONALS LIMITED,<br><br>    Defendant(s). | )<br>)<br>)<br>)<br>)  CASE NO. 11-871-SCW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

Defendants **S A GODINEZ**, **BRAD ROBERT,** and **MEDICAL ADMINISTRATOR JANE DOE** were dismissed with prejudice on August 20, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 24).

Defendant **WEXFORD HEALTH SERVICES** renamed as **WEXFORD HEALTH SOURCES, INC** was dismissed with prejudice on July 18, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 80).

Defendant **HEALTH PROFESSIONALS LIMITED** was dismissed with prejudice on July 20, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 160).

Defendant **REBECCA BAGGETT** formerly Nurse Jane Doe was voluntarily dismissed with prejudice on November 19, 2014 (Doc. 201 and 201).

The remaining Defendant Stephanie Ingram, came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant **STEPHANIE INGRAM** and against Plaintiff **CALVIN L. MERRITTE** (Doc. 209).

**IT IS THEREFORE ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **STEPHANIE INGRAM, S A GODINEZ, BRAD ROBERT, REBECCA BAGGETT, MEDICAL ADMINISTRATOR JANE DOE, WEXFORD HEALTH SOURCES, INC.** and **HEALTH PROFESSIONALS LIMITED** and against Plaintiff **CALVIN L. MERRITTE**.

Plaintiff shall take nothing from this action.

**DATED** this 20th day of November, 2014

                                    JUSTINE FLANAGAN,
                                    Acting Clerk of Court

                                    By: s//Angela Vehlewald
                                          Deputy Clerk

Approved by: s// Stephen C. Williams
             STEPHEN C. WILLIAMS
          United States Magistrate Judge